# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GABRIELA GARCIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-17-0611-F |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Plaintiff Gabriela Garcia initiated this action for judicial review of a final decision by the Commissioner of the Social Security Administration. On December 5, 2017, Magistrate Judge Suzanne Mitchell issued a Report and Recommendation (doc. no. 19, the Report), recommending dismissal of this action under Rule 41(b), Fed. R. Civ. P., for the reasons stated in the Report.

The Report advised the parties of their right to file objections by December 26, 2017, and advised that failure to file timely objection to the Report waives the right to appeal the factual and legal issues contained in the Report. Neither party has filed an objection to the Report and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

The court **ACCEPTS**, **AFFIRMS** and **ADOPTS** the findings and recommendations of the Magistrate Judge as stated in the Report. As recommended in the Report, this action is **DISMISSED** under Rule 41(b), Fed. R. Civ. P.

IT IS SO ORDERED this 2nd day of January, 2018.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

17-0611p001.docx